BRYANT FU and CRYSTAL LEI
337 28th Ave
San Francisco, CA 94121

CHARLES LI
235 Bobolink Way
Hercules, CA 94547

22-30407

**FILED**

AUG 11 2022

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA