TINA YAN
1433 7TH AVE.
San Francisco, CA 94122
Debtor in pro se



FILED
AUG 22 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: TINA YAN,

Debtor.

Bankruptcy Case No.: 22-30407 DM

Chapter 13

DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

[No Hearing Required]

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1):

The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208.

There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 8/21/2022

_Tina Yan_
Debtor