Entered on Docket
August 29, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 26, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 22-30407 |
| TINA YAN, | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER DISMISSING CHAPTER 13 CASE**

On August 22, 2022, Debtor Tina Yan ("Debtor") filed a Motion for Voluntary Dismissal of Chapter 13 Case (Dkt. 13). The case has not previously been converted under 11 U.S.C. §§ 706, 1112, or 1208.

On August 25, 2022, Creditor Charles Li ("Creditor") filed an Opposition to the Motion for Voluntary Dismissal (Dkt. 14). Creditor requests that the court retain the case based on Debtor's alleged bad faith, so that Creditor may file a motion to convert or a motion for *in rem* relief pursuant to 11 U.S.C. § 362(d)(4) at a later date.

Ninth Circuit law prohibits Creditor's request. *See In re Nichols*, 10 F.4th 956 (9th Cir. 2021) (holding that a chapter 13 debtor maintains an absolute right to dismiss her case pursuant

to 11 U.S.C. § 1307(b) so long as the case has not been previously converted).

    Accordingly, IT IS HEREBY ORDERED that this Chapter 13 case is DISMISSED.

***END OF ORDER***

COURT SERVICE LIST

**Tina Yan**
1433 7th Ave
San Francisco, CA 94122