| | |
|---|---|
| In re: | Case No. 22-30407-DM |
| Tina Yan | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 29, 2022 | Form ID: DOC | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina Yan, 1433 7th Ave, San Francisco, CA 94122-3702 |
| cr | + | Charles Li, Duy Thai, Esq, One Embarcadero Center, Suite 1020, San Francisco, CA 94111-3698 |
| 15428735 | + | Bryant Fu and Crystal Lei, 337 28th Ave, San Francisco, CA 94121-1803 |
| 15428734 | + | Charles Li, 235 Bobolink Way, Hercules, CA 94547-1529 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Aug 30 2022 03:48:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Aug 30 2022 03:48:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + EDI: EDD.COM | Aug 30 2022 03:48:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 31, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed

**below:**

| Name | Email Address |
|---|---|
| David Burchard | TESTECF@burchardtrustee.com dburchard13@ecf.epiqsystems.com |
| Duy Thai | on behalf of Creditor Charles Li duy@duythai.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 3

Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: Tina Yan | Case No.: 22−30407 DM 13 |
|---|---|
| Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 8/26/22 dismissing the above−captioned case effective 8/26/22.

Dated: 8/29/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 15